Motion GRANTED.
*[signature: Aleta A. Trauger]*

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| **W.G. YATES AND SONS CONSTRUCTION COMPANY,** ) ) ) | |
|     **Plaintiff/Counter-Defendant,** ) ) ) | No. 3:21-cv-00199 |
| v. ) ) | District Judge Aleta A. Trauger |
| **NASHVILLE MUSIC ROW HOTEL OWNER, LLC,** ) ) ) | |
|     **Defendant/Counter-Plaintiff.** ) ) ) | |
| **NASHVILLE MUSIC ROW HOTEL OWNER, LLC,** ) ) ) | |
|     **Third-Party Plaintiff,** ) ) | |
| v. ) ) | |
| **BERNHARD MCC, LLC, EDWARDS ELECTRIC SERVICE, LLE, JESCO, INC., and FLOOD BROTHERS, INC.,** ) ) ) ) | |
|     **Third-Party Defendants/ Counter-Plaintiffs.** ) ) ) | |
| **FLOOD BROTHERS, INC.,** ) ) | |
|     **Third-Party Plaintiff** ) ) | |
| v. ) ) | |
| **MESSOLAR LLC** ) ) | |
|     **Third-Party Defendant.** ) | |

**JOINT MOTION TO ENTER AGREED FINAL ORDER OF DISMISSAL WITH PREJUDICE**

    W.G. Yates and Sons Construction Company, Nashville Music Row Hotel Owner, LLC, Bernhard MCC, LLC, Edwards Electric Service, LLE, Jesco, Inc., Flood Brothers, Inc., and Messolar LLC ("the Parties") jointly move the Court to dismiss this matter with prejudice pursuant to Fed. R. Civ. P. 41.

    The Parties also jointly move the Court to enter their proposed agreed order of dismissal with prejudice pursuant to Fed. R. Civ. P. 41.