IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| W.G. YATES AND SONS CONSTRUCTION COMPANY, | ) ) ) | |
| Plaintiff/Counter-Defendant, | ) ) ) ) | No. 3:21-cv-00199 |
| v. | ) ) | District Judge Aleta A. Trauger |
| NASHVILLE MUSIC ROW HOTEL OWNER, LLC, | ) ) ) ) | |
| Defendant/Counter-Plaintiff. | ) ) ) ) | |
| NASHVILLE MUSIC ROW HOTEL OWNER, LLC, | ) ) ) ) | |
| Third-Party Plaintiff, | ) ) ) | |
| v. | ) ) ) | |
| BERNHARD MCC, LLC, EDWARDS ELECTRIC SERVICE, LLE, JESCO, INC., and FLOOD BROTHERS, INC., | ) ) ) ) | |
| Third-Party Defendants/ Counter-Plaintiffs. | ) ) ) ) | |
| FLOOD BROTHERS, INC., | ) ) | |
| Third-Party Plaintiff | ) ) ) | |
| v. | ) ) ) | |
| MESSOLAR LLC | ) ) ) | |
| Third-Party Defendant. | ) | |

**AGREED FINAL ORDER OF DISMISSAL WITH PREJUDICE**

It appears to the Court, as evidenced by the signatures of the parties' respective counsel below, that all matters in controversy have been compromised and settled.

It also appears to the Court that all parties have moved the Court to enter this agreed order and to dismiss this action with finality and prejudice pursuant to Fed. R. Civ. P. 41.

It also appears to the Court that the parties' joint motion to dismiss is well-founded and should be granted.

Therefore, it is ORDERED that this matter is hereby dismissed with finality and prejudice pursuant to Fed. R. Civ. P. 41.

It is so ORDERED.

_____
Aleta A. Trauger, U.S. District Judge

**APPROVED FOR ENTRY:**

/s/ G. Andrew Rowlett
G. Andrew Rowlett (BPR No. 016277)
HOWELL & FISHER, PLLC
3310 West End Avenue, Suite 550
Nashville, TN 37203-1089
Direct: (615) 921-5215
Office: (615) 244-3370
Cell: (615) 426-1595
Fax: (615) 244-3518
arowlett@howell-fisher.com

and

/s/ Jack R. Dodson (with permission by GAR)
Jack R. Dodson III (BPR No. 027947)
Talor I. Bearman (BPR No. 031969)
K&L GATES LLP
222 Second Avenue South
Suite 1700
Nashville, TN 37201
Office: (615) 780-6742
Fax: (615) 780-6799
rob.dodson@klgates.com
talor.bearman@klgates.com

*Counsel for W.G. Yates and Sons*
*Construction Company, Edwards Electric Service, LLE, and Jesco, Inc.*


/s/ Robert D. Martin (with permission by GAR)
Robert D. Martin (BPR No. 034338)
Meridian Law, PLLC
5141 Virginia Way, Ste. 320
Brentwood, TN 37027
(615) 229-7499
robert.martin@meridian.law

*Counsel for Jesco, Inc.*

/s/ James D. Kay, Jr. (with permission by GAR)
James D. Kay, Jr. (BPR No. 011556)
Michael A. Johnson (BPR No. 030210)
Kay Griffin, PLLC
222 Second Avenue North
Suite 340M
Nashville, TN 37201
(615) 742-4800
jim.kay@kaygriffin.com
mjohnson@kaygriffin.com

*Counsel for Nashville Music Row Hotel Owner, LLC*


/s/ Michael J. Vetter, Sr. (with permission by GAR)
Michael J. Vetter, Sr. (BPR No. 013642)
Lance W. Thompson (BPR No. 032401)
Spicer Rudstrom PLLC
Philips Tower
414 Union Street, Suite 1700
Nashville, TN 37219-1823
(615) 259-9080
mjv@spicerfirm.com
lthompson@spicerfirm.com

*Counsel for Bernhard MCC, LLC*

/s/ David S. Hagy (with permission by GAR)
David S. Hagy (BPR No. 027003)
Law Office of David S. Hagy, PLC
1507 16th Avenue South
Nashville, TN 37212
(615) 515-7774
dhagy@hagylaw.com

and

/s/ Jon M. Cope (with permission by GAR)
Jon M. Cope (BPR No. 020031)
Stokes, Williams, Sharp, Cope & Mann
P.O. Box 2644
Knoxville, TN 37901
(865) 544-3833
jon@stokeswilliams.com

*Counsel for Flood Brothers, Inc.*

<u>/s/ R. Dale Bay (with permission by GAR)</u>
R. Dale Bay (BPR No. 010896)
Brad W. Craig (BPR No. 031082)
Lewis Thomason, P.C.
424 Church St., Suite 2500
P.O. Box 198615
Nashville, TN 37219
(615) 259-1366
dbay@lewisthomason.com
bcraig@lewisthomason.com

*Counsel for Messolar LLC*